01/10/2007 14:13 FAX 12122184561      FITZPATRICK NY                    ☐004
Case 1:05-cv-03696-DC   Document 35   Filed 01/10/07   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERCK & CO., INC., and<br>MSD TECHNOLOGY, L.P.,<br><br>     Plaintiffs,<br><br>  v.<br><br>NORTH PHARMACY INC. and PPI PIVOTAL<br>PARTNERS INC. d/b/a<br>CANADAPHARMACY.COM,<br>     Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>Civil Action No. ED: 1/10/2007<br><br>05 CV 3696 (DC)<br><br>ECF CASE – Electronically Filed |

### CONDITIONAL ORDER OF DISMISSAL UNDER RULE 41(a)(1)(ii) FED. R. CIV.P. BETWEEN MERCK & CO. INC. AND MSD TECHNOLOGY, L.P. AND NORTH PHARMACY INC. AND PPI PIVOTAL PARTNERS INC.

Counsel for plaintiffs, on behalf of the parties, having notified the Court that the parties have reached an agreement to settle this action, and do not object to the issuance of this order, it is hereby;

ORDERED that this action be conditionally dismissed without prejudice and without costs; provided, however, that within seven (7) months of the date of this Order, counsel for plaintiffs may apply by letter for restoration of the action to the active calendar of the Court in the event that by such time, the terms of the settlement have not been fully satisfied. Upon such notification, the Court shall promptly reinstate the action to its active docket, and the parties shall be directed to appear before the Court, without the necessity of additional process, to schedule remaining pre-trial proceedings to enforce the settlement. This Order shall be deemed a final discontinuance of the action with prejudice in the event that counsel for plaintiffs does not request restoration of the case to the active calendar within such period of time.

The parties shall each bear their own costs, disbursements and attorneys' fees.

The Clerk of the Court is directed to close this case.

SO ORDERED.

Dated: New York, New York
      January 10, 2007

                                               The Honorable Denny Chin
                                               United States District Judge